DATE OF NOTICE:

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Luther B. Siegfried, Jr., et al. | : | Civil Action No.: 02-2951 |
| | : | |
| v. | : | |
| | : | |
| Lehigh Valley Dairies, Inc. | : | |

## NOTICE

Please be advised that a **PRELIMINARY PRETRIAL CONFERENCE** will be held by telephone on **Friday, August 16, 2002, at 10:00 a.m.**, with the Honorable Michael M. Baylson. Counsel for Plaintiff will initiate the telephone conference and when all counsel are on the line, call Chambers at (267) 299.7520.

Attached is a Conference Information Report which you are required to complete and forward to the Court **at least two days prior to** the day of the conference. Do not have this Report docketed. Also attached is the Court's Scheduling and Discovery Policy.

If trial counsel in this case is unavailable at the time of the conference, another attorney in trial counsel's office, who should be familiar with the case, is required to appear at the conference. The conference will be continued to another date only if no attorney familiar with the case is available.

 

Lenora Kashner
Deputy Clerk to Judge Baylson
267.299.7529

cc:   Scott M. Pollins, Esquire
      Lisa M. Scidurlo, Esquire
      Michael G. Tierce, Esquire

Attachments
N:\Scheduling - Judge Baylson\Siegfried PPTC 8-16-2002.wpd