IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LUTHER SEIGFRIED, JR., | : | |
| | : | |
| Plaintiff | : | CIVIL ACTION NO. 02-2951 |
| | : | |
| v. | : | |
| | : | (JUDGE BAYLSON) |
| LEHIGH VALLEY DAIRIES, INC., | : | |
| | : | |
| Defendant | : | |

**DEFENDANT'S SCHEDULE OF EXHIBITS**

1. Plaintiff's Complaint;

2. Defendant's Answer to the Complaint and Affirmative Defenses;

3. Curriculum Vitae of Ronald Mark Krasnick, M.D.

4. May 1, 2003 Expert Report of Ronald Mark Krasnick, M.D.;

5. Suiza Code of Professional Conduct;

6. Collective Bargaining Agreement between Lehigh Valley Dairies and Teamsters Local No. 463;

7. July 28, 1999 memorandum from Jim Macri to all Employees Re: Timecards;

8. December 19, 2000 memorandum from Jim Macri to all Employees Re: Harassment;

9. Lehigh Valley Dairies, Lansdale, Rules and Regulations;

10. Work Injury Report dated 2/9/87;

11. Central Rehabilitation Associates, Inc., Physical Capabilities Checklist dated 2/12/88;

12. November 9, 1990 Waste Treatment Plant Operator Job Description;

13. April 27, 1993 Note from Dr. Richard Ruth;

14. Certification to Return to Work or School dated 8/26/96;

15. May 1, 2002 Note from Dr. Ruth;

16. Memorandum from Ron Bivinghouse to Lou Siegfried Re: Guidelines for Light Duty dated May 10, 2001;

17. May 21, 2001 letter to Plaintiff from Jim Macri;

18. Complaint filed at the Pennsylvania Human Relations Commission, Docket No. E99709H;

19. Amended Complaint filed at the Pennsylvania Human Relations Commission, Docket No. E99709H;

20. In-OO Witness Information;

21. In-17 Form Non-Job Related Handicap/disability Questionnaire;

22. In-15 Form Harassment Questionnaire;

23. April 19, 2001 Note to Eric Rohrbach file reflecting issuance of written warning;

24. Typewritten notes regarding the September 25, 2001 meeting with the Maintenance employees;

25. September 26, 2001 memorandum to Diane Kett from Ron Bivinghouse re: lubricant applied to employee office door handle;

26. September 25, 2001 Harassment Policy Reminder;

27. Notes of Ron Bivinghouse re: Plaintiff's first complaints;

28. Notes of Diane Kett re: Plaintiff's first complaints;

29. Notes of Diane Kett of September 25, 2001 anti-seize incident and meeting with the maintenance employees;

30. List of Plaintiff's demands for new job in May, 2001;

31. April 19, 2001 letter from Jim Macri to Plaintiff informing him that the Company intended to relieve him of his Treatment Plant responsibilities;

32. Job Analysis for Plaintiff's Clerk position completed by Dr. Ruth dated April 26, 2001;

33. Documents regarding how to conduct an "harassment" investigation.