IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LUTHER B. SIEGFRIED, JR. | : | CIVIL ACTION NO. 02-CV-2951 |
|     Plaintiff | : | |
| | : | JURY TRIAL DEMANDED |
| v. | : | |
| | : | |
| LEHIGH VALLEY DAIRIES, INC. | : | (JUDGE MICHAEL M. BAYLSON) |
|     Defendant | | |

## ORDER

AND NOW, this _____ day of _____, 2003, upon consideration of Defendant's Motion for Summary Judgment on All Claims in Plaintiff's Complaint and Plaintiff's Response thereto, it is hereby ORDERED and DECREED that Defendant's Motion is denied.

**BY THE COURT:**

_____
Michael M. Baylson, J.