IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LUTHER B. SIEGFRIED, JR. | : | CIVIL ACTION NO. 02-CV-2951 |
|     Plaintiff | : | |
| | : | JURY TRIAL DEMANDED |
| v. | : | |
| | : | |
| LEHIGH VALLEY DAIRIES, INC. | : | (JUDGE MICHAEL M. BAYLSON) |
|     Defendant | | |

**PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY
JUDGMENT ON CLAIMS IN PLAINTIFF'S COMPLAINT**

Plaintiffs respectfully request that this Court deny Defendant's Motion for Summary Judgment on All Claims in Plaintiff's Complaint. The grounds for Plaintiff's Response to Defendant's Motion are set forth in the accompanying memorandum of law.

                                                    Respectfully submitted,

By: _____
Scott M. Pollins, Esquire
Pa. Attorney Id. No. 76334
1620 Schoolhouse Lane
Lower Gwynedd, PA 19002-1902
(215) 699-5388

Attorney for Plaintiff,
Luther B. Siegfried, Jr.

Date: _____