## **CERTIFICATE OF SERVICE**

I, Scott M. Pollins, hereby certify that I served a true and correct copy of the foregoing Plaintiff's Response to Defendant's Motion for Summary Judgment on All Claims in Plaintiff's Complaint and Plaintiff's Memorandum of Law in Opposition thereto via first class mail postage pre-paid on August 5, 2003 upon Defendant's counsel addressed as follows:

Lisa M. Scidurlo, Esquire
**Stevens & Lee, P.C.**
1818 Market Street, 29th Floor
Philadelphia, PA 19103

Scott M. Pollins