DATE OF NOTICE: August 8, 2003

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LUTHER B. SIEGFRIED | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 02-2951 |
| LEHIGH VALLEY DAIRIES, INC. | : | |
| | : | |

### NOTICE

Please be advised that a **FINAL PRETRIAL CONFERENCE** with the Honorable Michael M. Baylson will be held, by telephone, on Wednesday, September 10, 2003 at 4:30 p.m. Plaintiffs will initiate the telephone conference and when all counsel are on the line, call Chambers at (267) 299.7520.

Lynn Meyer
Deputy Clerk to Judge Baylson
267.299.7521

cc:   Lisa M. Scidurlo, Esq. (mail)
      Michael Tierce, Esq. (mail)
      Scott Pollins, Esq. (mail)

O:\Notices\Siegfried v. Lehigh 02-2951 - final pretrial tc.wpd