## CERTIFICATE OF SERVICE

I, Scott M. Pollins, hereby certify that I served a true and correct copy of the

foregoing Plaintiff's Response to Defendant's Statement of Undisputed Facts via first

class mail postage pre-paid on September 17, 2003 upon Defendant's counsel addressed

as follows:


Lisa M. Scidurlo, Esquire
**Stevens & Lee, P.C.**
1818 Market Street, 29th Floor
Philadelphia, PA 19103


_____
Scott M. Pollins