IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LUTHER B. SIEGFRIED, JR. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 02-2951 |
| LEHIGH VALLEY DAIRIES, INC | : | |

## SCHEDULING ORDER

AND NOW, this 15th day of September, 2003, after a telephone conference with counsel:

1) Within one week, Plaintiff's counsel shall file a point-by-point response to Defendant's Statement of Undisputed Facts.

2) Within one week, Defendant's counsel shall file a letter indicating those cases cited in its brief which it believes are legal precedents for the Court deciding as a matter of law that Plaintiff is not disabled.

3) The case is removed from the trial pool.

4) The case is listed for oral argument on Defendant's Motion for Summary Judgment for October 14, 2003 at 4:00 p.m. Please call chambers at 267.299.7520 for courtroom location.

5) If Defendant's Motion for Summary Judgment is denied, counsel shall be ready for trial within one week.

BY THE COURT:

_____
Michael M. Baylson, U.S.D.J.

O:\Orders - Civil\Siegfried v. Lehigh 02-2951 scheduling order.wpd